**Woodrow W. CHABERT, Paul A. Clement et al., Plaintiffs-Appellants,**

v.

**CITY OF WESTWEGO et al., Defendants-Appellees.**

No. 30248
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 20, 1970.

Robert J. Stamps, New Orleans, La., for appellants.

Nestor L. Currault, Jr., Gretna, La., for appellees.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir. 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.